

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00774-CV

Kirk **GRONDA**,
Appellant

v.

Felipe **LERMA**,
Appellee

From the 153rd Judicial District Court, Tarrant County, Texas
Trial Court No. 153-250263-11
Honorable Susan Heygood McCoy, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Kirk Gronda.

SIGNED January 22, 2014.

_____
Patricia O. Alvarez, Justice